

**D2312353**

Mailing Address
P.O. Box 818
Thibodaux, LA 70302

# Annette M. Fontana
## Clerk of Court

Physical Address
303 West 3rd Street
Thibodaux, LA 70301

# CITATION

**DR. KERI TURNER**  **SEVENTEENTH JUDICIAL DISTRICT**

**VS**  **PARISH OF LAFOURCHE**

**BOARD OF SUPERVISORS OF THE**  **STATE OF LOUISIANA**
**UNIVERSITY OF LOUISIANA SYSTEM, ET AL**
**DOCKET NUMBER: C-142291**  **DIVISION C**

**TO:** BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM
THROUGH THE LOUISIANA ATTORNEY GENERAL
1885 N. 3RD ST. LIVINGSTON BLDG., 6TH FLOOR
BATON ROUGE, LA 70802

residing in the **PARISH OF EAST BATON ROUGE, STATE OF LOUISIANA**

You are hereby cited to comply with the demand contained in the **PETITION FOR DAMAGES** a certified copy of which accompanies this citation. Alternatively, you should file an answer or other pleading to said **PETITION FOR DAMAGES** in the office of the Clerk of the Seventeenth Judicial District Court, in Thibodaux, Louisiana, within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS the Honorable Judges of said Court.

Granted under the impress of my seal of office and my official signature at Thibodaux, Louisiana, **February 23, 2021.**



**ANNETTE M. FONTANA**
**CLERK OF COURT**

**Deputy Clerk of Court**
**Lafourche Parish**

DALE EDWARD WILLIAMS
ATTORNEY AT LAW
212 PARK PLACE
COVINGTON, LA 70433

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On _____ on the _____ Day of _____, 20___ Service:_____ Mileage:_____ | On _____ by Leaving the same with _____ On the ___ day of _____, 20___ Service:_____ Mileage:_____ |
| Dty. Sheriff LAFOURCHE Parish | Dty. Sheriff LAFOURCHE Parish |

**SERVICE COPY**



D2312387

| Mailing Address<br>P.O. Box 818<br>Thibodaux, LA 70302 | **Annette M. Fontana**<br>**Clerk of Court** | Physical Address<br>303 West 3rd Street<br>Thibodaux, LA 70301 |

## CITATION

| DR. KERI TURNER | RETURN | SEVENTEENTH JUDICIAL DISTRICT |
| VS | | PARISH OF LAFOURCHE |
| BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM, ET AL | | STATE OF LOUISIANA |
| DOCKET NUMBER: C-142291 | | DIVISION C |

TO: STEVEN H. KENNY JR.
PERSONALLY, AT HIS PLACE OF BUSINESS
179 ELKINS HALL NICHOLLS STATE UNIVERSITY
THIBODAUX, LA 70310

residing in the PARISH OF LAFOURCHE, STATE OF LOUISIANA

You are hereby cited to comply with the demand contained in the **PETITION FOR DAMAGES** a certified copy of which accompanies this citation. Alternatively, you should file an answer or other pleading to said **PETITION FOR DAMAGES** in the office of the Clerk of the Seventeenth Judicial District Court, in Thibodaux, Louisiana, within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS the Honorable Judges of said Court.

Granted under the impress of my seal of office and my official signature at Thibodaux, Louisiana, February 23, 2021.



ANNETTE M. FONTANA
CLERK OF COURT

**Deputy Clerk of Court**
**Lafourche Parish**

DALE EDWARD WILLIAMS
ATTORNEY AT LAW
212 PARK PLACE
COVINGTON, LA 70433

PERSONAL SERVICE

On _____ o
Day of _____
Service: _____
Mileage: _____

| LAFOURCHE SHERIFF'S RETURN | |
|---|---|
| C-142291 | Date: 02/25/21  Time: 10:10 |
| Status: Personal | |
| Served On: STEVEN H KENNY, JR | |
| Address: 179 ELKINS HALL NICHOLLA STATE UNIVERSITY, THIBODAUX, LA 70301 | |
| Served By: STRINGER, TOMMY | |
| Due: $33.42 | Invoice # 21004323 |
| Comments: | |
| Signature: Tommy Stringer #1971 | |

___ by

Dty. Sheriff LAFOURCHE

RETURN COPY   Tommy Stringer #1976
@ Appt 10:10 hrs 2/25/21